

06/04/2014 ALLOWED. NO OBJECTIONS FILED.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Central Division)

| In re: | Chapter 13 |
|---|---|
| Teresa Welch, | Case No. 11-43004-MSH |
|      Debtor. | |

### DEBTOR'S MOTION TO APPROVE AMENDMENT
### (Re: Chapter 13 Plan)

Teresa Welch, the above-referenced debtor (the "Debtor"), respectfully moves the Court to enter an order approving her *Third Amended Chapter 13 Plan* (the "Amendment"), filed contemporaneously herewith. In support hereof, the Debtor respectfully submits that the Amendment (i) is proposed in good faith, and (ii) addresses the issues and/or concerns raised by Chapter 13 Trustee in her *Motion to Dismiss Case for Feasibility* ("Motion") and (iii) appropriately provides for claims.

**WHEREFORE**, the Debtor respectfully moves the Court to enter an order (i) approving the Amendment and (ii) granting such other and further relief as this Court deems proper and just.

                                            Teresa Welch,
                                            By her attorney,

                                            /s/ Mark C. Rossi
                                            Mark C. Rossi (BBO: 662376)
                                            **Esher | Rossi LLC**
                                            One Boston Place, 26th Floor
                                            Boston, Massachusetts 02108
                                            (617) 956-0956 Telephone
                                            (877) 266-0957 Facsimile
Dated: March 7, 2014                   mcr@esher-rossi.com