# Unclaimed Funds

Entered 1/1/2001 to 7/9/2014

| Case No./<br>Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 11-43004 -msh<br>19323775 | Mark C. Rossi, Esq.<br>Esher Rossi, LLC<br>One Boston Place, 26th Floor<br>Boston, MA 02110<br>02110 | 4,000.00 | 07/09/2014 |

**Grand Total: 4,000.00**